1  BENJAMIN B. WAGNER
   United States Attorney
2  Katherine A. Plante
   Special Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  1:16-MJ-00036-BAM
                                         STIPULATION AND ORDER TO CONTINUE
12                        Plaintiff,     PRELIMINARY HEARING TO APRIL 8, 2016 AT
                                         1:30 P.M.
13              v.
                                         COURT: Hon. Erica P. Grosjean
14  GINNY R. BURNS,

15                        Defendant.

16

17                              **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, Benjamin B. Wagner,

19  United States Attorney and Katherine A. Plante, Special Assistant U.S. Attorney, and defendant, Ginny

20  R. Burns, and her counsel, Peggy Sasso, hereby stipulate as follows:

21         1.      This matter was set for a preliminary hearing on April 1, 2016.

22         2.      By this stipulation, the parties now move to continue the preliminary hearing until April

23  8, 2016 at 1:30 p.m.

24         IT IS SO STIPULATED.

25  Dated:  March 31, 2016                    BENJAMIN B. WAGNER
                                              United States Attorney
26

27                                            /s/ *Katherine A. Plante*
                                              Katherine A. Plante
28                                            Assistant United States Attorney

STIPULATION TO CONTINUE PRELIMINARY          1
HEARING TO APRIL 8, 2016

Dated:  March 31, 2016

/s/ *Peggy Sasso*
PEGGY SASSO
Defendant's Attorney

**ORDER**

For good cause appearing, this Court continues the preliminary hearing scheduled for April 1, 2016 to April 8, 2016 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  **March 31, 2016**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE PRELIMINARY
HEARING TO APRIL 8, 2016

2